UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Wanda Williams,

        Plaintiff,

–v–

New York City Department of Education, *et al.*,

        Defendants.

---

JAN 0 6 2020

17-CV-1996 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

Pursuant to the Court's Order of November 20, 2019, Dkt. No. 93, Plaintiff's opposition to Defendants' motion for summary judgment was due on November 25, 2019. As of the date of this Order, the Court is in receipt of Plaintiff's response to two of Defendants' declarations, in addition to a filing titled "Plaintiff's Opposition to Defendants' Notice Pursuant to Local Rule 56.2." The Court is not in receipt of Plaintiff's memorandum of law in opposition to the summary judgment motion, Plaintiff's response to Defendants' statement of undisputed facts pursuant to Local Civil Rule 56.1, or Plaintiff's own statement of undisputed facts pursuant to Local Civil Rule 56.1. The Court hereby extends Plaintiff's deadline to file these materials to February 3, 2020. Plaintiff may not submit these materials after this date. Defendants' deadline to file their reply is extended to February 18, 2020. There will be no further extensions of this briefing schedule absent good cause. Chambers will mail a copy of this Order to Plaintiff and note its mailing on the docket.

Dated: January 3, 2020

1

New York, New York.

1/3/20

_____
ALISON J. NATHAN
United States District Judge