UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Wanda Williams,

                Plaintiff,                      17 **CIVIL** 1996 (AJN)

      -against-                        **JUDGMENT**

New York City Ddepartment of Education and
Principal Terri Stinson,
                Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 29, 2020, Defendants' motion for summary judgment is granted; The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal; accordingly, this case is closed.

**Dated:**  New York, New York
         April 30, 2020

                                                              **RUBY J. KRAJICK**
                                                                _____
                                                                **Clerk of Court**
                                      **BY:**
                                                                  _____
                                                                  **Deputy Clerk**