UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/20/2021
```

Wanda Williams,

        Plaintiff,

–v–

New York City Department of Education, *et al.*,

        Defendants.

17-cv-1996 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    In a certified order dated January 13, 2021 (Dkt. No. 110), Second Circuit held that the Plaintiff's notice of appeal (Dkt. No. 109) was untimely, but directed this Court to construe the notice of appeal as a motion to allow her to file a notice of appeal late. This Court thus construed the notice of appeal as a motion to extend the time for appeal and set a briefing schedule on that motion in an Order dated January 27, 2021. Dkt. No. 112. Neither party has filed the briefing directed by the Court.

    The Plaintiff shall file a brief letter in support of the motion by May 7, 2021. The Defendant shall file a response by May 21, 2021. The Plaintiff may file a reply by June 4, 2021.

    The Clerk of Court is respectfully directed to mail a copy of this Order to the Plaintiff and to note the mailing on the public docket.

    SO ORDERED.

Dated: April 20, 2021
       New York, New York

*[signature]*
ALISON J. NATHAN
United States District Judge