USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/25/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Wanda Williams,

        Plaintiff,

–v–

New York City Department of Education, *et al.*,

        Defendants.

17-cv-1996 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    Following a limited remand from the Second Circuit, this Court construed the pro se Plaintiff's notice of appeal as a motion to allow her to file a notice of appeal late. The Court then set a briefing schedule, and neither party filed the submissions directed by the Court. On April 20, 2021, the Court set a new briefing schedule on the Plaintiff's motion, with the Plaintiff's letter due May 7, 2021, the Defendants' response due May 21, 2021, and the Plaintiff's reply due June 4, 2021. Dkt. No. 113.

    The Plaintiff has filed a letter in support of her motion as directed. Dkt. No. 114. The Defendants have not filed a response. Because this case remains pending on a limited remand from the Second Circuit, it is imperative that the Court expeditiously resolve the Plaintiff's motion so that her appeal can proceed.

    The Court therefore ORDERS that the Defendants shall respond to the Plaintiff's letter in support of her motion by June 4, 2021. Otherwise, the Court will deem the Plaintiff's motion unopposed. The Plaintiff may file a reply within two weeks of the Defendants' response.

    The Clerk of Court is respectfully directed to mail a copy of this Order to the Plaintiff and to note the mailing on the public docket.

SO ORDERED.

Dated: May 25, 2021
      New York, New York

_____
ALISON J. NATHAN
United States District Judge