```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| Wanda Williams,<br><br>　　　　　　Plaintiff,<br><br>　　–v–<br><br>New York City Department of Education, *et al.*,<br><br>　　　　　　Defendants. | 17-cv-1996 (AJN)<br><br>ORDER |

ALISON J. NATHAN, District Judge:

　　Following entry of judgment on April 30, 2020, the pro se Plaintiff in this case filed a notice of appeal on June 3, 2020. In a certified order dated January 13, 2021 (Dkt. No. 110), the Second Circuit held that the Plaintiff's notice of appeal (Dkt. No. 109) was untimely, but remanded the case with directions to construe the notice of appeal as a motion to extend the time to file a notice of appeal. This Court thus construed the notice of appeal as a motion to extend the time to file a notice of appeal. Dkt. No. 112. The Defendants do not oppose the Plaintiff's motion. Dkt. No. 116.

　　The Court GRANTS the Plaintiff's motion to extend the time to file a notice of appeal. *See* Fed. R. App. P. 4(a)(5). The Plaintiff filed her notice of appeal, which the court construed as a motion to extend time, within thirty days of the expiration of the time for appeal set forth in Rule 4(a)(1). The Court also finds that the Plaintiff has shown good cause for an extension of time because the Plaintiff did not receive a copy of the Court's judgment until May 27, 2020, and faced delays in mailing her notice of appeal due to the COVID-19 pandemic. Dkt. No. 114. Regrettably, the delay in the Plaintiff's receipt of the Court's judgment is consistent with the delays the Court has observed in its mailings to pro se litigants during the COVID-19 pandemic

in other cases.

The Clerk of Court is respectfully directed to inform the Court of Appeals of this Order. The Clerk of Court is also respectfully directed to mail a copy of this Order to the Plaintiff and to note the mailing on the public docket.

This resolves Docket Number 111.

SO ORDERED.

Dated: June 4, 2021
New York, New York

_____
ALISON J. NATHAN
United States District Judge